**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 24.186.197.237**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Brentwood, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/31/2018 01:08:57 | 672F92843DB72438602099F3F1D5D8680FD2509F | Threeway Strip Poker |
| 06/28/2018 01:07:20 | E3F390BFFFB1FC9D71D0EF11673BC6E879A9B6A2 | When You Least Expect It |
| 06/02/2018 06:49:21 | A506439A13767E4ACEBF7B86A8EF53E4F618A38B | Stairway to Heaven |
| 05/31/2018 05:36:45 | 65FB1A3CEF085B831C6343F19C7CC818423BBECC | Red Hot Christmas |
| 04/19/2018 10:28:51 | 4E9615412BCC1D84B0B702F3DC42DC9EA7333ACF | Horsing Around |
| 03/10/2018 19:58:06 | 950570C2684A1EEFBB7D7816BBD1D0950CDB96D9 | Honeymoon Sex |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

ENY129