**FILED
CLERK**

4/25/2019 11:37 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Case No. 2:18-cv-05153-JMA-SIL
Plaintiff, :
:
vs. :
:
JOHN DOE subscriber assigned IP address :
24.186.197.237, :
:
Defendant. :
---------------------------------------------------------------X

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.186.197.237. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 24, 2019

Case closed.
SO ORDERED.
/s/ JMA, USDJ
4/25/2019

Respectfully Submitted,

By: <u>/s/ Kevin T. Conway, Esq.</u>
Kevin T. Conway, Esq.
NY Bar No.: 2133304
80 Red Schoolhouse Road,
Suite 110
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

1